# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: Cassandra Johns Landy

Case No.: 18-55697-LRC

Adversary #: 18-05340

Chapter: 7

Debtor(s)

**Objection to Default Judgment / DCH**

Debtor is submitting correspondence in support of Request for Default Judgment by DCH.

Exhibit A1 - 8/18/16 Settlement Offer from DCH

A2 - 12/19/16 Response by Debtor c/o ACT

A3 - 3/15/17 Response by Debtor (No Response by DCH) DB, A00, A3, D15

A4 - 9/14/17 Withdraw by ACT Plantiff. Additional Documents Stating Debtor would sue no entity named which is untrue. He wanted off case. It wasn't because of my inability to pay.

Dated: 31/May/2019

Signature: Cassandra Johns Landy

Printed Name: Cassandra Johns Landy

Address: 865 Nately Valley Trace
P. O. Box 1275
Grayson, GA 30017

Phone: 678-860-3621

2019 MAY 31 PM 4:00
M. REGINA THOMAS CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
Rashard Smith

# EXHIBIT A

**GEORGIA DEPARTMENT OF COMMUNITY HEALTH**



Nathan Deal, Governor                                    Clyde L. Reese, III, Esq., Commissioner

2 Peachtree Street, NW  |  Atlanta, GA 30303-3159  |  404-656-4507  |  www.dch.georgia.gov

August 18, 2016

Mr. Dorian Murry
The Murry Law Group, P.C.
5300 Memorial Drive, Suite 130
Stone Mountain, GA 30083

Re: Settlement Response of DCH and DBHDD

Dear Mr. Murry:

I am writing to respond to your letter of July 15, 2016 wherein you proposed a settlement of the appeal of Alliance for Change Through Treatment, LLC. The settlement proposal contained in this letter is for the purpose of the possible settlement of a disputed claim and will not be admissible in any legal proceeding whatsoever.

DCH and DBHDD propose the following to settle the appeal and all outstanding claims of Alliance, as follows:

- Alliance will be allowed to immediately reapply for a Letter of Agreement with DBHDD using the current application form for providers. DBHDD will waive the normal requirement that Alliance would have to first submit a Letter of Intent prior to submitting its application in order to expedite the re-enrollment process.
- Alliance will be required to submit to all normal pre-application screening and must pay all normal provider application fees.
- Alliance will agree to placement onto pre-payment review of all submitted claims during initial 90 days according to claims date of service after approval. Thereafter, prepayment review will cease. Prepayment may be reinstated based upon new billing discrepancies identified after Alliance resumes service.
- DCH will terminate Alliance's existing Medicaid numbers and will reissue new numbers to Alliance once a new Letter of Agreement is approved by DBHDD in the normal course of business.
- Alliance agrees and understands that it will be subject to all forms of audit by DBHDD from the beginning of the new Letter of Agreement and agrees to cooperate fully with any audit initiated.
- Alliance agrees not to file any lawsuits and to waive any and all claims against DCH, DBHDD, DHS, APS and any other present or former Commissioner or employee of all stated agencies/companies from any and all actions complained of in this appeal.

Page 2 of 2
Letter of September 30, 2013

> This waiver and release specifically includes all matters asserted in Alliance's Ante Litem Notice dated June 27, 2016.
> - DCH agrees to refund the amount of $1,554.68 recouped as a result of the April 28, 2015 audit by APS. Also, DCH agrees to waive and agree not to collect or recoup in any way the remaining $23,772.35 which is, as of this date, uncollected from the April 28, 2015 audit.

We look forward to your response.

Best regards,

*[signature]*

Roy Griffis, Jr.
Counsel for Community Health

# EXHIBIT A2



**Mental Health Georgia**

Alliance for Change Through Treatment, LLC.
3547 Habersham at Northlake, Bldg F
Tucker, Georgia 30084
678.406.9707 (O)   678.406.9881 (F)

Dorian Murry
Attorney at Law
5300 Memorial Drive
Suite 130
Stone Mountain, Georgia 30083

12/19/2016

Re: Settlement Counter Offer

Attorney Murry,

After reconsideration, I have decided to submit a counter settlement, in response to the original settlement, provided by the Department of Community Health and additionally noted Departments. I did review all aspects of the proposed settlement; however I am NOT in agreement with the following terms:

1. Pre-Payment Review Time Frame will not be applicable.
2. The total amount of payments to be reimbursed for ALL audits and additional outstanding balances owed by Alliance for Change through Treatment conducted within and outside of all designated timeframes, pertaining the Administrative hearing and additional resubmissions.
3. I will **NOT** agree to the filing of a Legal Compliant against ALL agencies such as Department of Community Health, Department of Family and Children Services, Department of Behavioral Health and Developmental Disabilities and all additional agencies identified during the Administrative Hearing.
4. I will **NOT** agree to file a Legal Complaint against All Individuals who were identified during the Administrative Hearing, in regards to the apparent plans of retaliation.

In closing, it is agreed the appeared levels of retaliation will cease or I will have no additional options to pursue further legal action. It saddens me to think, such a system who was created to protect the lives and well-being of children and families are not focusing to achieve each individual mission, working collaboratively, for the healing and advancement of Georgia's Children and their Families. Given the status of conflicts and tragedies, currently taken place in OUR nation and in world, I question what is the purpose of our human role and existence?

Respectfully,

*Cassandra Johnson-Landry*
Cassandra Johnson-Landry
Chief Executive Officer

# EXHIBIT A3

# THE MURRY LAW GROUP, P.C.

*Attorneys at Law*

March 15, 2017

VIA EMAIL: malcolm.wells@dch.ga.gov and Regular U.S. Mail

Department of Community Health
Office of General Counsel
c/o Mr. Malcolm L.H. Wells, Esq.
2 Peachtree Street, NW 40th Floor
Atlanta, GA 30303

Re: **Settlement Offer of Alliance for Change Through Treatment (ACTT)**
Provider Nos.: 961499294A & 961499294B
Docket No: DCH-Provider-Appeal
2016-152-RLG
Hearing 2016 152 Alliance Term

Dear Mr. Wells:

This Firm represents Alliance for Change Through Treatment, LLC (ACTT). As you know, we appealed the decision of the Department. We submit this offer to settle. ACTT will dismiss the appeal, dismiss its civil action against APS (Alliance for Chang through Change, LLC v. APS Healthcare Bethesda, et al., Case No.: 2015-CV-269501, Fulton County Superior Court), and waive all claims against DCH, DBHDD, DHS, and APS asserted in its ante litem notice dated June 27, 2016 in exchange for:

- The immediate granting of a new LOA for providing Fee for Service, C-BAY, and Traditional Medicaid
- DBHDD agrees to waive all fees
- Pre-payment review is to be terminated immediately
- DBHDD agrees to waive all outstanding balances, including NCCI edits
- Expungement of the March 2014, September 2014, and April 2015 audits
- Approval of all claims submitted to APS from 2010 - 2015
- State of Georgia agrees not to oppose ACTT's, or any of its affiliates, application for Medicaid numbers in any state
- State of Georgia agrees not to oppose Cassandra Landry's application for Medicaid numbers in any state
- All contracts between ACTT and the State of Georgia are to remain in place and be renewed annually

5300 Memorial Drive, Suite 130 • Stone Mountain, GA 30083
Telephone: (770) 450-0123 • Facsimile: (404) 581-5644
www.murrylawgroup.com

- All Medicaid numbers, including non-cbay and cbay, are to remain in place and be renewed annually without re-validation
- ACTT is to be reimbursed for all traditional Medicaid claims since the termination of the LOA in June 2015
- ACTT is to be reimbursed for all pre-payment review claims
- ACTT is to be compensated for monetary damages in the amount of one hundred million dollars ($100,000,000.00)

*[handwritten annotation: "No copy was provided"]*

This offer will remain open for acceptance until the close of business on March 29, 2017. If our offer is unacceptable, please make a counter. I am cautiously optimistic that we will be able to reach a mutually satisfactory resolution. I look forward to hearing from you.

Sincerely,

*[signature]*

DORIAN MURRY

Cc:   Alliance for Change Through Treatment, LLC

\\\\DCLOUDBACKUP\\share\\The Sisley Law Group Folder\\Cases\\Civil Litigation\\Landry, Cassandra for Alliance for Change\\ALLIANCE v DCH\\Settlement Offers\\ACTT 2nd Settlement Offer 3-15-17.docx

# EXHIBIT A‑/



# THE MURRY LAW GROUP, P.C.

*Attorneys at Law*

September 14, 2017

*Via Email: theraess@aol.com, Regular Mail, and Certified Mail Return Receipt Requested*

Alliance of Change Through Treatment
c/o Cassandra Johnson-Landry
3547 Habersham at Northlake, Building F
Tucker, GA 30084

    **Re:**    **Alliance for Change Through Treatment, LLC v. Department of Community Health**
             **Civil Action No.: 17CV9498**
             **Notice of Intent to Withdraw**

Dear Ms. Landry:

I intend to withdraw from representing you in the above-referenced matter. If I withdraw:

a) The DeKalb County Superior Court will retain jurisdiction of the action;
b) You will have the burden of keeping the court informed respecting where notices, pleadings, or other papers may be served;
c) You will have the obligation to prepare for trial or hire other counsel to prepare for trial;
d) There are no scheduled proceedings. We filed the petition for judicial review on September 5, 2017. The Department of Community Health was served on September 13, 2017;
e) You may be served notices at your last known address, 3547 Habersham at Northlake, Building F, Tucker, Georgia 30084; and
f) You have the right to object within 10 days of the date of this notice.

                                               Sincerely,

                                               DORIAN MURRY

\\WDCLOUDBACKUP\Public\The Murry Law Group Server\Cases\Civil Litigation\Landry, Cassandra for Alliance for Change\ALLIANCE v DCH\Correspondence & Billing\Notice of Intent to Withdraw 9-8-17.doc

FILED 11/7/2017 11:59 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **Alliance for Change Through Treatment, LLC.,** | * |
| | * Civil Action No.: 17-CV-9498-3 |
| **Petitioner,** | * |
| | * |
| vs. | * |
| | * |
| **Department of Community Health,** | * |
| **Respondent.** | * |

### ORDER

The motion of Dorian Murry, Esquire, Attorney of record for the Petitioner Alliance for Change Through Treatment, LLC, to withdraw as Attorney of record having been read and considered;

For good cause shown, it is hereby ORDERED AND ADJUDGED that Dorian Murry, Esquire, is hereby relieved as Attorney of Record for the Petitioner Alliance for Change Through Treatment, LLC.

It is so ORDERED this _____2_____ day of _____Nov_____ 20_17_.

_____
THE HONORABLE CLARENCE F. SEELIGER
JUDGE, Superior Court
Stone Mountain Judicial Circuit

Order Prepared by:
Dorian Murry
Georgia Bar # 532447
5300 Memorial Drive, Suite 130
Stone Mountain, Georgia 30083
(770) 450-0123 - (404) 581-5644 Facsimile

SNH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: *Cassandra Johnson-Land* )
) Case No: 18-53697-LRC
)
) Chapter 7
)
)

Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 31 day of May, 2019, I served a copy of the *Objection to Default Judgment for* _____ which was filed in this bankruptcy matter on the 3 day of April, 2019. 2018

Mode of service (check one):    ✓ MAILED    ____ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Darian Murray, Esq
Murray Law Firm
5300 Memorial Drive, Suite 130
Stone Mtn, GA 30083

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:

Signature: *Cassandra Johnson-Land*

Printed Name: Cassandra Johnson-Land

Address: P.O. Box 1225, Conyers GA 30012

Phone: 678-860-3621